UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KEVIN FISHER, | Case No. 2:23-cv-00418-MMD-BNW |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| 9225 WEST CHARLESTON BLVD APARTMENTS LLC, *et al.*, | |
| Defendants. | |

This action was filed on March 20, 2023. The Court issued a notice of intent to dismiss under Federal Rule of Civil Procedure 4(m) unless proof of service is filed by August 4, 2023. (ECF No. 14.) To date, no proof of service has been filed.

Accordingly, it is ordered, adjudged, and decreed that this action is dismissed without prejudice. The Clerk of Court is directed to close this case.

DATED THIS 8th Day of August 2023.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE